PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00146-ADA-1 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING;** |
| ADRIAN PERALES | **ORDER THEREON** |
| Defendant. | |

The parties stipulate as follows:

1. On February 22, 2024, a Superseding Order re Petition for Violation of Probation/Supervised Release was filed, and the Court issued an arrest warrant for defendant Adrian Perales. [ECF 6.] On March 20, 2024, the defendant had his initial appearance on the petition. [ECF 9.] The Court ordered the defendant detained on March 27, 2024, and set a preliminary hearing for April 10, 2024. [ECF 13.]

2. On April 3, 2024, attorney Michael W. Berdinella was appointed to represent the defendant. [ECF 16.]

3. On April 4, 2024, the U.S. Probation Office produced discovery related the charges in the petition to the parties.

4. Now, the parties agree to continue the preliminary hearing from April 10, 2024, to May 1,

1

2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a resolution of the case.

IT IS SO STIPULATED.

Dated: April 4, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: April 5, 2024

*/s/ Michael Berdinella*
Michael W. Berdinella
Counsel for Adrian Perales.

## ORDER

The Court has read and considered the parties' stipulation to further continue the preliminary hearing from April 10, 2024, to May 1, 2024, at 2:00 pm before the Duty Magistrate Judge.. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery, prepare for the preliminary hearing, and fully consider a resolution of the case.

IT IS SO ORDERED.

Dated:  **April 5, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE