1  PHILLIP A. TALBERT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00146-ADA-1 |
|---|---|
| Plaintiff, | |
| v. | **SECOND STIPULATION TO CONTINUE PRELIMINARY HEARING AND ORDER** |
| ADRIAN PERALES | |
| Defendant. | |

The parties stipulate as follows:

1. On February 22, 2024, a Superseding Order re Petition for Violation of Probation/Supervised Release was filed, and the Court issued an arrest warrant for defendant Adrian Perales. [ECF 6.] On March 20, 2024, the defendant had his initial appearance on the petition. [ECF 9.] The Court ordered the defendant detained on March 27, 2024, and set a preliminary hearing for April 10, 2024. [ECF 13.]

2. On April 3, 2024, attorney Michael W. Berdinella was appointed to represent the defendant. [ECF 16.] On April 4, 2024, the U.S. Probation Office produced discovery related the charges in the petition to the parties.

3. On April 5, 2024, the Court ordered the preliminary hearing be continued to May 1, 2024, to provide defendant with reasonable time necessary for effective preparation, so that the defendant can

1

1  review the discovery, and for defendant to consider a resolution of the case. [ECF 19.]

2      4.    Now, the parties have agreed to vacate the preliminary hearing and set a status conference
3  on May 15, 2024. The defendant hereby waives his right to a preliminary hearing under Rule 32.1(b)(1)
4  and the parties will set forth the waiver on the record during the status conference. This stipulation is
5  entered into to further provide defendant with reasonable time necessary for effective preparation, so that
6  the defendant can continue reviewing the discovery, and for defendant to consider a resolution of the case.

7      IT IS SO STIPULATED.

Dated:  April 22, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  April 22, 2024

*/s/ Michael Berdinella*
Michael W. Berdinella
Counsel for Adrian Perales.

2

**ORDER**

The Court has read and considered the parties' stipulation to vacate the preliminary hearing on May 1, 2024, and set a status conference on May 15, 2024, at 2:00 pm before the Duty Magistrate Judge. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery, prepare for the revocation hearing, and fully consider a resolution of the case.

IT IS SO ORDERED.

Dated:   **April 23, 2024**              /s/ *Erin P. Gross*
                                          UNITED STATES MAGISTRATE JUDGE