PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00146-ADA-1 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |
| ADRIAN PERALES | |
| Defendant. | |

The parties stipulate as follows:

1. On February 22, 2024, a Superseding Order re Petition for Violation of Probation/Supervised Release was filed, and the Court issued an arrest warrant for defendant Adrian Perales. [ECF 6.] On April 3, 2024, attorney Michael W. Berdinella was appointed to represent the defendant. [ECF 16.] On April 4, 2024, the U.S. Probation Office produced discovery related the charges in the petition to the parties.

2. On April 23, 2024, the defendant waived his right to a preliminary hearing under Rule 32.1(b)(1). The Court ordered the preliminary hearing be vacated and set a status conference on May 15, 2024. [ECF 21.]

3. Now, the parties have agreed to continue the status conference from May 15, 2024, to June 5, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the

1

defendant can review the discovery, and for defendant to consider a resolution of the case. A continuance is necessary to enable counsel to review the tremendous volume of discovery present in this matter

IT IS SO STIPULATED.

Dated:  May 10, 2024                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        */s/ Cody Chapple*
                                                        Cody Chapple
                                                        Assistant United States Attorney


Dated:  May 10, 2024                                    */s/ Michael Berdinella*
                                                        Michael W. Berdinella
                                                        Counsel for Adrian Perales.

## ORDER

The Court has read and considered the parties' stipulation to continue the status conference from May 15, 2024, to June 5, 2024. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery, prepare for the preliminary hearing, and fully consider a resolution of the case. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **May 10, 2024**

_____
UNITED STATES MAGISTRATE JUDGE