MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Adrian Perales

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 1:22-CR-00146-ADA** |
| Respondent/Plaintiff, | **STIPULATION REGARDING CONTINUANCE; ORDER** |
| vs. | **DATE: June 26, 2024** |
| **Adrian Perales,** | **TIME: 2:00 p.m.** |
| Petitioner/Defendant. | **COURT: Hon. Barbara A. McAuliffe** |

## STIPULATION

Defendant Adrian Perales, by and through his Counsel, Michael W. Berdinella, and Plaintiff United States of America, by and through its counsel of record, Cody Chapple, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on June 26, 2024.

2. By this stipulation, defendant now moves to continue the Preliminary Hearing until July 31, 2024, and to exclude time between June 26, 2024, and July 31, 2024.

STIPULATION REGARDING CONTINUANCE; [PROPOSED ORDER] – 1

Good cause exists to allow the requested continuance.

a) Counsel for defendant need additional time to consult with his client, review the current charges, to conduct an investigation and review discovery to prepare for the Status Conference. The Defendant, Adrian Perales, has stated to his counsel he is in agreement with the continuance until July 31, 2024.

b) The Government does not object to the continuance.

IT IS SO STIPULATED.

Dated: June 21, 2024                    /s/ Michael W. Berdinella
                                                                Michael W. Berdinella
                                                                Attorney for Adrian Perales


                                                                /s/ /Cody Chapple
                                                               Cody Chapple
                                                               Assistant United States Attorney

### **ORDER**

     IT IS SO ORDERED that the Status Conference is continued from June 26, 2024, to **July 31, 2024, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **June 21, 2024**                    /s/ Barbara A. McAuliffe
                                                                      UNITED STATES MAGISTRATE JUDGE