MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Adrian Perales

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Respondent/Plaintiff,<br><br>  vs.<br><br>**Adrian Perales,**<br><br>            Petitioner/Defendant. | **Case No.: 1:22-CR-00146**<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL W. BERDINELLA AS ATTORNEY OF RECORD AND ORDER** |

On 06/12/2024, Defendant Adrian Perales was in Federal Court to respond to an Order re Petition for Violation Of Probation/Supervised Release. CJA Panel Attorney Michael W. Berdinella was appointed by Magistrate Judge Hon. Erica P. Grosjean as trial counsel to represent Ms. Perales on 06/02/2024 in his criminal case. Mr. Perales was Sentenced pursuant to an admission to the charges. No direct appeal was requested or filed. Mr. Perales was in custody at the time of Sentencing. The Trial and Sentencing phases of Mr. Perales' criminal case have, therefore, come to an end. Having completed his representation of Mr. Perales, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Perales require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: 10/11/2024                             Respectfully submitted,


                                            */s/Michael W. Berdinella*
                                            Michael W. Berdinella
                                            Attorney for Defendant
                                            Adrian Perales

## ORDER

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

///

///

///

///

///

The Clerk of Court is directed to serve a copy of this order on Defendant Adrian Perales at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Adrian Perales
U.S. Marshalls #11789-579
Central Valley Modified Community Correctional Facility
254 Taylor Ave
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **October 13, 2024**

*[Signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE